UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X    Index No.: 1:22-cv-02843
SHAMEKA T. BEEKS,

                Plaintiff,                  **NOTICE OF DEPOSITION**

vs.

COMMUNITY COUNSELING AND MEDIATION
d/b/a CCM MENTAL HEALTH CLINIC, and
EMORY X. BROOKS, in his individual capacity,

                Defendants.
---------------------------------------------------------------X

TO:
MANATT, PHELPS & PHILLIPS LLP
Kenneth D. Friedman
7 Times Square
New York, New York 10036
kfriedman@manatt.com
Attorneys for Defendants

     **PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Named Plaintiff will take the deposition of non-party witness, Ms. Salena Mullen via video conference on July 10, 2023, at 10:00am before an officer duly authorized to administer an oath, which deposition shall continue from day to day until completed.

     The deposition will be taken for the purposes of discovery, for use at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

                                                      SLATER SLATER SCHULMAN LLP

                                                      _____
                                                      Geoffrey A. Kalender
                                                      488 Madison Avenue, 20th Floor
                                                      New York, New York 10020
                                                      Attorney for Plaintiff