

July 11, 2023

Client-Matter: 57969-065

**BY ECF**

Hon. Sanket J. Bulsara, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:** *Beeks v. Community Counseling and Mediation, et al.*
            Case No. 22-cv-02843-SJB

Dear Judge Bulsara:

      We represent defendants Community Counseling & Mediation and Emory X. Brooks ("Defendants") in the above-referenced action. In accordance with the Order entered June 29, 2023, I submit this letter on behalf of Defendants and plaintiff Shameka T. Beeks ("Plaintiff") to provide: (i) the parties' joint schedule for the completion of discovery; (ii) a proposed summary judgment briefing schedule; and (iii) the parties' position on the filing of a Second Amended Complaint. Plaintiff's counsel has reviewed and approved this joint submission.

      The parties respectfully request that the Court "So Order" the following:

**Schedule for Completion of Discovery**

The deadline to complete all discovery to be extended, *nunc pro tunc*, from Friday, June 30, 2023, to **Friday, September 29, 2023**;

Parties' counsel shall meet and confer on **Monday, August 7, 2023 at 11:00 a.m.** to address any remaining written discovery issues;

Resumed deposition of defendant Emory Brooks to be completed by **Thursday, August 31, 2023**. The parties have agreed that the resumed deposition of Mr. Brooks shall be limited to 3.5 hours;

Deposition of non-party Salina Mullins to be completed by **Thursday, August 31, 2023**.



Hon. Sanket J. Bulsara, U.S.M.J.
July 11, 2023
Page 2

**Proposed Summary Judgment Briefing Schedule**

The parties have met and conferred and propose, subject to Court approval, the following summary judgment briefing schedule which reflects a slight enlargement of the time-frames set forth in Local Civil Rule 6.1(a):

(1) Notice of Motion and supporting papers to be filed by **Wednesday, October 18, 2023**;

(2) Opposition papers to be filed by **Wednesday, November 8, 2023**;

(3) Reply to be filed by **Wednesday, November 15, 2023**;

(4) Motion shall be returnable **Tuesday, November 21, 2023**.

**Position on Second Amended Complaint**

Plaintiff has decided not to further amend her complaint. The operative pleading remains the amended complaint filed August 8, 2022 (ECF No. 14).

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

*s/ Kenneth D. Friedman*

By: Kenneth D. Friedman

CC: All Counsel of Record (by ECF)

402287771.2