

September 26, 2023

**BY ECF**
Hon. Sanket J. Bulsara, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:**   *Beeks v. Community Counseling and Mediation, et al.*
             Case No. 22-cv-02843-SJB

Dear Magistrate Judge Bulsara:

      Plaintiff writes to respectfully ask that the Court "so-order" the attached subpoena for certain records and emails of Salena Mullen at the New York City Department of Health & Hygiene and which she identified in her deposition of September 14, 2023. Once the Court "so-orders" this subpoena, Plaintiff will serve it immediately. The recipients have indicated a two-week timespan to respond. Plaintiff anticipates making no further discovery requests.

                                          Respectfully submitted,

                                          SLATER SLATER SCHULMAN LLP

                                          _____
                                          Geoffrey A. Kalender

CC: All counsel of record (by ECF)