

November 20, 2023

**BY ECF**
Hon. Sanket J. Bulsara, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  **Re:** *Beeks v. Community Counseling and Mediation, et al.*
     **Case No. 22-cv-02843-SJB**

Dear Magistrate Judge Bulsara:

  Parties write to respectfully ask that the Court extend the time for Plaintiff to file her Opposition to Defendant's Motion for Summary Judgment and for Defendants to file their Reply to the same. Parties request Plaintiff's Opposition brief be due on December 1, 2023 (from November 22, 2023). Parties request Defendants' Reply be due on December 15, 2023 (from December 6, 2023). Parties request the extension due to scheduling issues.

                Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP    SLATER SLATER SCHULMAN LLP


s/Kenneth D. Friedman         s/Geoffrey A. Kalender
Kenneth D. Friedman          Geoffrey A. Kalender


CC: All counsel of record (by ECF)

www.sssfirm.com

NEW YORK | CALIFORNIA | NEW JERSEY | PENNSYLVANIA | LOUISIANA | ARKANSAS | NEW MEXICO | NORTH CAROLINA

445 Broad Hollow Road, Suite 419, Melville, NY 11747 | 631.420.9300