# manatt

**Kenneth D. Friedman**
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 830-7184
E-mail: kfriedman@manatt.com

November 29, 2023

Client-Matter: 57969-065

**BY ECF**

Hon. Sanket J. Bulsara, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Beeks v. Community Counseling and Mediation, et al.*
              Case No. 22-cv-02843-SJB

Dear Judge Bulsara:

We are counsel for defendants in the referenced action.

I write, with great regret, to advise the Court of the recent passing of Mr. Emory X. Brooks, which occurred over the Thanksgiving weekend. Mr. Brooks was one of the two defendants in this case.

As a recap of where this matter stands procedurally, fact discovery is closed and defendant's motion for summary judgment dismissing this action in its entirety, which had been served on behalf of both defendants, is presently being briefed. Pursuant to the Court's order dated November 21, 2023, Plaintiff's opposition is scheduled to be served December 1, 2023, and the reply served, and all papers filed on the public docket, on December 15, 2023.

There are no other deadlines in this case.

                                          Respectfully submitted,

                                          MANATT, PHELPS & PHILLIPS, LLP

                                          *Kenneth D. Friedman*

                                          By: Kenneth D. Friedman

cc:    All Counsel of Record (by ECF)

402559412.1