

**BY ECF**
Hon. Sanket J. Bulsara, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: *Beeks v. Community Counseling and Mediation, et al.*
> Case No. 22-cv-02843-SJB

Dear Magistrate Judge Bulsara:

Plaintiff writes, with the consent of Defendants, to inform the Court that a provisional settlement for all claims has been agreed to by the Parties. Plaintiff asks that the Court extend the stay of all deadlines for 30 days while the Parties draft necessary paperwork in anticipation of a dismissal of claims pursuant to settlement. The parties anticipate that the agreements will be finalized shortly and will update the Court once a final agreement has been struck.

> Respectfully submitted,
>
> SLATER SLATER SCHULMAN LLP
>
> s/Geoffrey A. Kalender
> Geoffrey A. Kalender

CC: All counsel of record (by ECF)